ACCEPTED
01-15-00148-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 2:52:56 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00148-CV

_____

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/13/2015 2:52:56 PM

CHRISTOPHER A. PRINE
Clerk

_____

CITY OF NASSAU BAY, TEXAS,
*Appellant*,

v.

H. RAY BARRETT, AND 1438 KINGSTREE LANE
*Appellees*.

_____

On Appeal from the 152nd Judicial District Court
of Harris County, Texas
Trial Court No. 2013-10661

_____

**APPELLANT, CITY OF NASSAU BAY, TEXAS'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellant, City of Nassau Bay, Texas, pursuant to Texas Rules of Appellate

Procedure 38.6(d) and 10.5(b), requests this Court extend the time to file its

Appellant's brief in this cause for thirty (30) days, until April 22, 2015 and would

show as follows:

## CERTIFICATE OF CONFERENCE

Appellant's counsel conferred with Appellee's counsel, Iain Simpson, on March 10, 2015. Appellee is unopposed to the extension Appellant requests herein.

## REQUEST FOR EXTENSION

1.      On February 16, 2015, the 152nd Judicial District Court of Harris County, Texas, signed an Order denying City of Nassau Bay, Texas's Plea to the Jurisdiction and Alternative, Motion for Summary Judgment in cause number 2013-10661; City of Nassau Bay, Texas *v. H. Ray Barrett and 1438 Kingstree Lane.*

2.      Appellant filed a timely notice of appeal on or about February 11, 2015.

3.      The clerk's record was filed on March 2, 2015.  The exhibits are extensive.

4.      Appellant's brief is currently due March 23, 2015.

5.      This is Appellant's first motion for extension of time to file their brief and Appellant request a thirty (30) day extension, up to and including Wednesday, April 22, 2015, in which to file their brief.

6.      While the records was filed only in the last ten days, Appellant's counsel further needs the requested extension as a result of conflicting deadlines and obligations throughout the month of March, 2015 which prevent counsel from

timely completing this filing. The conflicts include numerous other Court deadlines, prior Continuing Legal Education speaking engagements, and out of town travel on pre-planned trips, including Spring Break the week preceding the brief due date.

7.      Appellant has been diligently undertaking preparation of its brief. However, as a result of these conflicting deadlines and obligations and others, Appellant needs additional time to file its brief. Accordingly, Appellant respectfully requests an extension of time to file Appellant's brief up to, and including, April 22, 2015.

8.      Appellants seek this extension not for delay, but to allow counsel sufficient time to prepare a concise brief to assist with the Court's decision making based on a known clerk's record.

## PRAYER

For the reasons above Appellant, City of Nassau Bay, Texas, prays that the Court grant their unopposed motion and extend the time to file its brief by thirty (30) days, up to and including, Wednesday, April 22, 2015.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**

By: */s/ William S. Helfand*
    William S. Helfand
    State Bar No. 09388250
    Attorney-in-Charge
    Charles T. Jeremiah
    State Bar No. 00784338
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 658-1818
    Telecopier: (713) 658-2553
    **ATTORNEYS FOR APPELLANT**
    **CITY OF NASSAU BAY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Motion to Extend Time to File Appellant's Brief* has been forwarded to all parties and/or attorneys of record by the means indicated below, on this 13th day of March, 2015.

Alton C. Todd
Jeffrey N. Todd
The Law Firm of Alton C. Todd
312 S. Friendswood Drive
Friendswood, Texas 77546
Email: Alton@actlaw.com
Email: Jeff@actlaw.com

    */s/ William S. Helfand*

1856326.1
130083.000001